Opinion adopted by the Supreme Court.

## CASTILLO v. STATE.

### No. 21258.

Court of Criminal Appeals of Texas.

Nov. 27, 1940.

Russell & Decker, of San Antonio, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appellant was convicted on a charge of theft and was assessed a penalty of thirty days in jail.

The proceedings appear to be regular. The record is before us without a statement of facts or bills of exception and nothing is presented for our consideration.

The judgment of the trial court is affirmed.